UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO VIGIL and VANESSA VIGIL, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>        Defendant. | Civil Action 1:15-cv-08211 (JGK)<br><br>**NOTICE OF MOTION OF TAKE-TWO INTERACTIVE SOFTWARE, INC. TO DISMISS FIRST AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, defendant Take-Two Interactive Software, Inc., by and through its undersigned attorneys, hereby moves this Court, before the Honorable John G. Koeltl, United States District Court for the Southern District of New York, at Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order dismissing the First Amended Complaint in its entirety with prejudice pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).  The motion shall be heard on a date and at a time directed by the Court.

Dated: New York, New York
        January 15, 2016                    Respectfully submitted,

                                            By: /s/ Robert M. Schwartz
                                                Robert M. Schwartz

KASOWITZ BENSON TORRES     IRELL & MANELLA LLP
    & FRIEDMAN LLP     Robert M. Schwartz*
Jed I. Bergman     (rschwartz@irell.com)
  (jbergman@kasowitz.com)     Victor Jih*
Aaron H. Marks     (vjih@irell.com)
  (amarks@kasowitz.com)     Nathaniel Lipanovich*
1633 Broadway     (nlipanovich@irell.com)
New York, NY 10019     Molly Russell*
    (mrussell@irell.com)
    1800 Avenue of the Stars, Suite 900
    Los Angeles, CA 90067

*Pro Hac Vice Applications Pending*

*Attorneys for Defendant*

To:    John C. Carey (jcarey@careyrodriguez.com)
    David P. Milian* (dmilian@careyrodriguez.com)
    Frank S. Hedin* (fhedin@careyrodriguez.com)
    Ernesto M. Rubi* (erubi@careyrodriguez.com)

    CAREY RODRIGUEZ
    MILIAN GONYA LLP
    1395 Brickell Avenue, Suite 700
    Miami, FL 33131
    Phone: (305) 372-7474
    Fax: (305) 372-7475

*\*Pro Hac Vice*
*Attorneys for Plaintiffs*