IRELL & MANELLA LLP

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
RSchwartz@irell.com

March 1, 2016

**VIA ECF FILING**

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: *Vigil et al. v. Take-Two Interactive Software, Inc.*,
      Case No. 1:15-cv-08211 (JGK)

Dear Judge Koeltl:

  Together with Kasowitz, Benson, Torres & Friedman LLP, we represent Defendant Take-Two Interactive Software, Inc. ("Take-Two"). Pursuant to Your Honor's Individual Rule 2(E), Take-Two respectfully submits this letter to request oral argument on Take Two's Motion to Dismiss the First Amended Complaint. *See* Dkt. No. 25.

  Take-Two believes oral argument will provide a forum for the parties to elaborate on and clarify arguments and will aid the Court in determining the motion.

            Respectfully Submitted,

            By: /s/ Robert M. Schwartz
              Robert M. Schwartz

| KASOWITZ BENSON TORRES & FRIEDMAN LLP | IRELL & MANELLA LLP |
|---|---|
| Jed I. Bergman | Robert M. Schwartz (*pro hac vice*) |
| Aaron H. Marks | Victor Jih (*pro hac vice*) |
| 1633 Broadway | Nathaniel Lipanovich (*pro hac vice*) |
| New York, NY 10019 | Molly Russell (*pro hac vice*) |
| | 1800 Avenue of the Stars, Suite 900 |
| | Los Angeles, CA 90067 |

     *Attorneys for Defendant Take-Two Interactive Software, Inc.*

cc: Counsel of record (via ECF)