# IRELL & MANELLA LLP

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
RSchwartz@irell.com

May 16, 2016

**VIA ECF FILING**

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *Vigil et al. v. Take-Two Interactive Software, Inc.*,
             Case No. 1:15-cv-08211 (JGK)

Dear Judge Koeltl:

    We represent Defendant Take-Two Interactive Software, Inc. ("Take-Two"). Pursuant to Your Honor's Individual Rule 2(E), Take-Two respectfully submits this letter to advise the Court of the Supreme Court's decision today in *Spokeo, Inc. v. Robins*, No. 13–1339, 2016 WL 2842447 (U.S. May 16, 2016) (attached as Exhibit A).

    *Spokeo* is discussed in Take-Two's Memorandum of Law in Support of Motion to Dismiss (Dkt. 26), Plaintiffs' Memorandum of Law in Opposition (Dkt. 27), and Take-Two's Reply Brief (Dkt. 36). The *Spokeo* decision is relevant to arguments advanced by Take-Two in support of its motion to dismiss. Accordingly, Take-Two respectfully requests that the Court consider this supplemental authority in this matter.

                                Respectfully Submitted,

                                By: /s/ Robert M. Schwartz
                                      Robert M. Schwartz

| KASOWITZ BENSON TORRES & FRIEDMAN LLP | IRELL & MANELLA LLP |
|---|---|
| Jed I. Bergman | Robert M. Schwartz (*pro hac vice*) |
| Aaron H. Marks | Victor Jih (*pro hac vice*) |
| 1633 Broadway | Nathaniel Lipanovich (*pro hac vice*) |
| New York, NY 10019 | Molly Russell (*pro hac vice*) |
| | 1800 Avenue of the Stars, Suite 900 |
| | Los Angeles, CA 90067 |

*Attorneys for Defendant Take-Two Interactive Software, Inc.*

cc: Counsel of record (via ECF)