UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VANESSA VIGIL and RICARDO VIGIL, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>        Defendant. | Civil Action 1:15-cv-08211 (JGK)(KNF)<br><br>**NOTICE OF MOTION OF TAKE-TWO INTERACTIVE SOFTWARE, INC. TO DISMISS THE SECOND AMENDED COMPLAINT OR, IN THE ALTERNATIVE, TO STRIKE THE CLASS ALLEGATIONS** |

      PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, defendant Take-Two Interactive Software, Inc., by and through its undersigned attorneys, hereby moves this Court, before the Honorable John G. Koeltl, United States District Court for the Southern District of New York, at Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order dismissing the Second Amended Complaint in its entirety with prejudice pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) or, in the alternative, striking the class allegations pursuant to Fed. R. Civ. P. 12(f) and 23(d)(1)(D). The motion shall be heard on a date and at a time directed by the Court.

Dated: New York, New York
       July 29, 2016              Respectfully submitted,

                                          By: /s/ Robert M. Schwartz
                                                Robert M. Schwartz

| | |
|---|---|
| KASOWITZ BENSON TORRES<br>   & FRIEDMAN LLP<br>Jed I. Bergman<br>  (jbergman@kasowitz.com)<br>Aaron H. Marks<br>  (amarks@kasowitz.com)<br>1633 Broadway<br>New York, NY 10019 | IRELL & MANELLA LLP<br>Robert M. Schwartz*<br>  (rschwartz@irell.com)<br>Victor Jih*<br>  (vjih@irell.com)<br>Nathaniel Lipanovich*<br>  (nlipanovich@irell.com)<br>Molly Russell*<br>  (mrussell@irell.com)<br>Derek R. Flores**<br>  (dflores@irell.com)<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br><br>*Pro Hac Vice<br>**Pro Hac Vice Application Pending |

*Attorneys for Defendant*

To:  John C. Carey (jcarey@careyrodriguez.com)
David P. Milian* (dmilian@careyrodriguez.com)
Frank S. Hedin* (fhedin@careyrodriguez.com)
Ernesto M. Rubi* (erubi@careyrodriguez.com)

CAREY RODRIGUEZ
MILIAN GONYA LLP
1395 Brickell Avenue, Suite 700
Miami, FL 33131
Phone: (305) 372-7474
Fax: (305) 372-7475

*Pro Hac Vice*
*Attorneys for Plaintiffs*