UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VANESSA VIGIL and RICARDO VIGIL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TAKE-TWO INTERACTIVE SOFTWARE, INC.,<br><br>Defendant. | Civil Action No. 15-cv-08211-JGK<br><br>[Proposed] Order Granting Unopposed Motion to Extend Deadlines |

IT IS HEREBY ORDERED that Plaintiffs' unopposed motion to extend deadlines is GRANTED. Plaintiffs shall respond to the motion to dismiss the second amended complaint by no later than August 19, 2016. Defendant shall file a reply in support of the motion to dismiss the second amended complaint by no later than September 2, 2016.

8/11/16

_____
JOHN G. KOELTL
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/12/16