# EXHIBIT B

**FILED**

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

Rosenbach

vs.

Six Flags Entertainment et al

JUN 17 2016

Case No. 16 CH 13

*Keith Brin*
CIRCUIT CLERK

ORDER

This cause coming to be heard on Defendants' motion to dismiss under 735 ILCS 5/2-615. The Court, having considered the parties' written submissions and arguments of counsel, ORDERS as follows:

(1) Defendant's' motion is denied with respect to Counts I and II.

(2) Defendants' motion is granted with respect to Count III. Count III is dismissed with prejudice.

(3) Defendants shall answer within 28 days.

ENTER:

**Luis A. Berrones**

_____
JUDGE

Dated this 17th day of June, 20 16.

Prepared by:
Attorney's Name: David Oppenheim
Address: 134 N. LaSalle St., Ste. 1000
City: Chicago          State: IL
Phone: (312) 201-2000   Zip Code: 60002
Fax: (312) 201-2555
ARDC: 6278171

171-94 (Rev. 10/11)